

**THE CITY OF NEW YORK**

| JAMES E. JOHNSON<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ALANA R. MILDNER<br>Labor and Employment Law Division<br>phone: (212) 356-1177<br>fax: (212) 356-2439<br>email: amildner@law.nyc.gov |

January 22, 2021

**Via ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The conference scheduled for February 10, 2021 is adjourned to February 12, 2021 at 10:00 a.m.
>
> **SO ORDERED.**
>
> Dated:  January 25, 2021
>         New York, New York
>
> */s/ Loretta A. Preska*
> LORETTA A. PRESKA, U.S.D.J.

Re: Carol Hasday v. City of N.Y. et al.
    Civil Action No.: 19-CV-10239 (LAP)
    Law Dept. No.: 2019-076260

Dear Judge Preska:

    I am the Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York and Sherry S. Chan in the above-referenced matter. I write this letter to request that the Court reschedule the Initial Conference in this matter, currently scheduled for February 10, 2021 at 10:30 A.M. This request is made because counsel for Defendants is scheduled to participate in mediation for another matter, *Luna v. City of N.Y. et al.*, 20-cv-2692(VEC)(KHP), during that time.

    Plaintiff consents to this adjournment. We therefore request that the conference be rescheduled to another date convenient to the Court and wish to inform the Court that both counsel are without conflict on February 8, 12, 16, 17, 18, or 19.

    I thank the Court for its attention to this matter.

Respectfully submitted,
/s/
Alana R. Mildner
Assistant Corporation Counsel

**CC:** **By ECF**
John Beranbaum, Esq.
Beranbaum Menken LLP
Attorneys for Plaintiff Carol Hasday
80 Pine Street, 33rd Floor
New York, NY 10005