```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CAROL M HASDAY,<br><br>        Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, SHERRY S CHAN,<br><br>        Defendants. | No. 19-CV-10239 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The conference scheduled for February 12, 2021 at 10:00 a.m. will occur as a teleconference using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  February 5, 2021
       New York, New York

                                         *Loretta A. Preska*
                                     LORETTA A. PRESKA, U.S.D.J.