```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| CAROL M HASDAY,<br><br>        Plaintiff,<br><br>  -against-<br><br>CITY OF NEW YORK, SHERRY S CHAN,<br><br>        Defendants. | No. 19-CV-10239 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Counsel shall confer and inform the Court by letter no later than March 15, 2021 regarding the status of discovery and the scheduling of a settlement conference.

**SO ORDERED.**

Dated:  February 12, 2021
       New York, New York

                                                            *Loretta A. Preska*
                                                LORETTA A. PRESKA, U.S.D.J.