UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M HASDAY,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | No. 19-CV-10239 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The settlement conference scheduled for April 27, 2021 at 9:00 a.m. will convene in Courtroom 12A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

Dated:     April 21, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1