UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M HASDAY,<br><br>               Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, SHERRY S CHAN,<br><br>               Defendants. | No. 19-CV-10239 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a settlement conference on May 25, 2021 at 2:00 p.m. In the interim, discovery is stayed.

**SO ORDERED.**

Dated:    April 29, 2021
            New York, New York

                                      _/s/ Loretta A. Preska_
                                      LORETTA A. PRESKA
                                      Senior United States District Judge