UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL M HASDAY,

              Plaintiff,

-against-

CITY OF NEW YORK, et al.,

              Defendants.

No. 19-CV-10239 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference scheduled for May 25, 2021 is adjourned to June 10, 2021 at 2:00 p.m. The conference will be held by teleconference using the dial-in (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    May 24, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1