

| | **T**HE **C**ITY OF **N**EW **Y**ORK | |
|---|---|---|
| **GEORGIA PESTANA** | **LAW DEPARTMENT** | Maria Fernanda DeCastro |
| *Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Labor and Employment Law Division<br>phone: (212) 356-2658<br>fax: (212) 356-2439<br>email: mdecastr@law.nyc.gov |

November 22, 2021

**Via ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Carol Hasday v. City of N.Y. et al.</u>, 19-CV-10239 (LAP)

Dear Judge Preska:

   I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants City of New York and Sherry S. Chan in the above-referenced matter. I write respectfully to request a two-week extension of time to submit the parties' joint discovery dispute letter, from November 22, 2021, to December 6, 2021. This request is submitted with plaintiff's consent. The parties have also agreed that depositions of plaintiff Hasday, defendant Chan, and one additional witness specified by plaintiff will take place during the period January 10 through January 28, 2022, with the deposition of plaintiff Hasday taking place on January 12, 2022, the deposition of defendant Chan will taking place on January 7, 2022, and the deposition of Michael Samet, an employee of defendant City, taking place on January 17, 2022.

   This request is being made to allow the parties to continue discussing issues identified with the discovery that has been exchanged thus far. Additionally, I have been on trial in the matter of <u>Bilitch v. H+H, et al.</u>, Index No. 17238/2011, which, unfortunately, left me with no time last week to look into the discovery issues raised by plaintiff's counsel on Wednesday of last week.[1] This additional time will allow the parties to try to resolve some, if not all, discovery disputes without having to raise these issues with the Court.

   As such, I respectfully request that <u>the Court extend the deadline for the parties to submit a joint discovery dispute letter until December 6, 2021</u>.

<u>**SO ORDERED.**</u>

Dated:  November 22, 2021
     New York, New York

                   */s/ Loretta A. Preska*
                   LORETTA A. PRESKA
                   Senior United States District Judge

---

[1] The <u>Bilitch</u> matter settled this morning in front Judge Genine Edwards.

- 2 -

I thank the Court for its attention to this matter.

> Respectfully submitted,
> /s/
> Maria Fernanda DeCastro
> *Senior Counsel*

CC:  **By ECF**
John Beranbaum, Esq.
Hilary Orzick, Esq.
Crumiller P.C.
Attorneys for Plaintiff Carol Hasday
16 Court Street, Suite 2500
Brooklyn, New York 11241