

| GEORGIA PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | Maria Fernanda DeCastro<br>Labor and Employment Law Division<br>phone: (212) 356-2658<br>fax: (212) 356-3549<br>email: mdecastr@law.nyc.gov |
|---|---|---|

February 25, 2022

**Via ECF**
Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:   Carol Hasday v. City of N.Y. et al., 19-CV-10239 (LAP)

Your Honor:

       I am the Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, assigned to represent Defendants City of New York and Sherry S. Chan in the above-referenced matter. The parties write jointly to respectfully request an extension of time to submit the parties' joint discovery dispute letter, from March 1, 2022, to March 8, 2022. This is the fourth such request.

       The reason for the instant request is that the parties are still in the process of attempting to settle this matter. If a settlement cannot be reached by March 8, 2022, the parties intend to go forward with the depositions that are currently scheduled for the week of March 21st, 2022.

       Accordingly, the parties respectfully request that the Court extend the deadline for the parties to submit a joint discovery dispute letter until March 8, 2022.

       We thank the Court for its attention to this matter.

       Respectfully submitted,
       /s/
       Maria Fernanda DeCastro
       Assistant Corporation Counsel

**CC:** **By ECF**
John Beranbaum, Esq.
Reavis Page Jump LLP
Attorneys for Plaintiff Carol Hasday
41 Madison Avenue, 41st Floor
New York, NY 10010

```
SO ORDERED.
Dated:   February 25, 2022
         New York, New York
```

*Loretta A. Preska*

```
LORETTA A. PRESKA
Senior United States District Judge
```