UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL M. HASDAY,

        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

        Defendants.

No. 19-CV-10239 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In advance of the settlement conference on May 17, 2022, at 10:00 a.m. in Courtroom 12A, Counsel shall submit settlement memos ex parte of no more than six double spaced pages no later than May 12, 2022.

**SO ORDERED.**

Dated:    April 26, 2022
            New York, New York

*[signature]*

LORETTA A. PRESKA
Senior United States District Judge

1