UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL M. HASDAY,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

No. 19-CV-10239 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference is adjourned to May 26, 2022, at 10:00 a.m. in Courtroom 12A.  In advance of the settlement conference, Counsel shall submit settlement memos ex parte of no more than six double spaced pages no later than May 20, 2022.

**SO ORDERED.**

Dated:    May 4, 2022
           New York, New York

                                       _Loretta A. Preska_
                                       LORETTA A. PRESKA
                                       Senior United States District Judge