UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL M. HASDAY,

                Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                Defendants.

No. 19-CV-10239 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    This morning, the Court received notice of a positive COVID test from Counsel.  Accordingly, the Court adjourned today's settlement conference to comply with this Court's COVID-19 Protocols.  The settlement conference is scheduled for Thursday, June 30, 2022, at 11:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    May 26, 2022
            New York, New York

                                        *Loretta A. Preska*
                                        LORETTA A. PRESKA
                                        Senior United States District Judge