UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL M. HASDAY,<br><br>                    Plaintiff,<br><br>-against-<br><br>CITY OF NEW YORK, et al.,<br><br>                    Defendants. | No. 19-CV-10239 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference is adjourned to June 30, 2022, at 2:00 p.m. in Courtroom 12A.

**SO ORDERED.**

Dated:   June 24, 2022
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1