UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
Carol Hasday,
．
．      19 cv 10239 (LAP)
            Plaintiff(s),   ．
．          ORDER
        -against-          ．
．
The City of New York, et al.,  ．
．
            Defendant(s).  ．
．
-------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than August 12, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                        _Loretta A. Preska_
                                        LORETTA A. PRESKA,
                                        Senior U.S.D.J.

Dated: 8/5/24
New York, New York